**No. 57824.**—Penson & Company *v.* United States, protest 211478–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 57825.**—Aero Sea Shipping Corporation *v.* United States, protest 211992–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 57826.**—Gorman-Anderson Corp. *v.* United States, protest 213271–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 57827.**—Devon Shops, Inc. *v.* United States, protest 213326–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 57828.**—Avery F. Payne Co., Inc. *v.* United States, protest 214243–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.